USA-74-24B (Rev. 05/01)

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**CRIMINAL DOCKET**
United States Courts
Southern District of Texas
FILED
*September 30, 2025*
Filed Nathan Ochsner, Clerk of Court

HOUSTON DIVISION
USAO Number: 2025R03485
Magistrate Number: 4:25-mj-270

CRIMINAL INFORMATION

No. **4:25-cr-510**

Judge: **Rosenthal**

UNITED STATES of AMERICA
vs.

ATTORNEYS:
NICHOLAS J. GANJEI, USA   (713) 567-9000
JOHN MARCK/MARK MCINTYRE AUSA(s)   (713) 567-9000

HAO GLOBAL LLC

ALAN HAO HSU a.k.a. HAOCHUN HSU

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 2 )

Ct. 1: Smuggling Goods from the United States; Aiding and Abetting [18 U.S.C. §§ 554 and 2]

Ct: 2: Unlawful Export Information; Aiding and Abetting [13 U.S.C. § 305; 18 U.S.C. § 2]

**PENALTY:**
Ct.1 (Hao Global): Not more than 10 years imprisonment; and a fine of not more than $250,000 or twice the gross gain or loss from the offense; $100 SA.
Ct. 1 (Alan Hao Hsu): A term of probation of not less than 1 year and not more than 5 years and a fine not to exceed $250,000 or twice the gross gain or loss from the offense; $100 SA

Ct. 2 (Hao Global): A term of probation of not less than 1 year and not more than 5 years; and a fine not to exceed $10,000 per violation, or both; $100 SA.
Ct. 2 (Alan Hao Hsu): Not more than 5 years imprisonment; or a fine not to exceed $10,000 per violation, or both; $100 SA

NOTICE OF CRIMINAL FORFEITURE
(18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 13 U.S.C. § 305)

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: