IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| V. | § § | CRIMINAL NO. H-25-510 (1) |
| HAO GLOBAL, LLC | § § § | |

## REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Hao Global, LLC, the defendant in this action. On October 10, 2025, Defendant Hao Global, LLC appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to Counts 1 and 2 of the Information, which charges it with smuggling, in violation of 18 U.S.C. § 554, and unlawful export information, in violation of 13 U.S.C. § 305.

Hao Global, LLC consented in writing to plead guilty before a United States Magistrate Judge. After conducting the proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Hao Global, LLC, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of its rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by Senior United States District Judge Lee H. Rosenthal.

2. Hao Global, LLC is fully competent and capable of entering an informed plea.

3. Hao Global, LLC is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing.

4. Hao Global, LLC understands its constitutional and statutory rights and wishes to waive those rights.

5. Hao Global, LLC understands that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or counsel for the defendant, and that if a recommendation on sentencing is not followed by the sentencing judge, it may not withdraw its plea of guilty.

6. Hao Global, LLC's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Counts 1 and 2 of the Information.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Hao Global, LLC, to Counts 1 and 2 of the Information be accepted by the court and that Hao Global, LLC be adjudged guilty of the offenses alleged in Counts 1 and 2 of the Information.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

SIGNED at Houston, Texas, this 10 day of October, 2025.

_____
Peter Bray
United States Magistrate Judge